UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN BULL, Individually and on Behalf of ARROW FINANCIAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. MURPHY, PENKO K. IVANOV, EDWARD J. CAMPANELLA, WILLIAM L. OWENS, MARK L. BEHAN, TENEE R. CASACCIO, GREGORY J. CHAMPION, GARY C. DAKE, DAVID G. KRUCZLNICKI, ELIZABETH A. MILLER, RAYMOND F. O'CONOR, and COLIN L. READ, <br><br> Defendants, <br><br> and, <br><br> ARROW FINANCIAL CORPORATION <br><br> Nominal Defendant. | Case No: 1:23-cv-1566 (AMN/DJS) |

**PLAINTIFF'S MOTION FOR**
**<u>PRELIMINARY APPROVAL OF SETTLEMENT</u>**

Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Stephen Bull ("Plaintiff") on behalf of Arrow Financial Corp. ("Arrow" or the "Company"), respectfully moves this Court for preliminary approval of the proposed settlement of this stockholder derivative action, as set forth in the Stipulation and Agreement of Settlement ("Stipulation") dated April 30, 2025 and filed as Exhibit 1 to the Declaration of Thomas J. McKenna in Support of this Motion ("McKenna Decl."), filed herewith. Plaintiff has contemporaneously filed a Memorandum of Law in addition to the Declaration with exhibits in support of this Motion.

1

Plaintiff and Defendants'[1] agreed-upon form of the Preliminary Approval Order is attached as Exhibit B to the Stipulation and submitted herewith for the Court's convenience. Plaintiff respectfully requests that the Court enter the proposed Preliminary Approval Order, which: (i) grants preliminary approval of the proposed Settlement; (ii) directs that notice of the proposed Settlement be given to Current Arrow Stockholders in the proposed form and manner outlined in the Stipulation; and (iii) schedules a hearing before the Court to determine whether the proposed Settlement should be finally approved.

Dated: April 30, 2025

                  **GAINEY McKENNA & EGLESTON**

                  */s/ Thomas J. McKenna*
                  Thomas J. McKenna
                  Gregory M. Egleston
                  260 Madison Avenue, 22nd Floor
                  New York, NY 10016
                  Telephone: (212) 983-1300
                  Email: tjmckenna@gme-law.com
                  Email: gegleston@gme-law.com

                  *Attorneys for Plaintiff*

---

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served upon opposing counsel, via the Court's CM/ECF e-mail notification system, on April 30, 2025.

*/s/ Thomas J. McKenna*
Thomas J. McKenna