# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW

www.gme-law.com

260 MADISON AVENUE
22nd FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address

October 20, 2025

**VIA ECF**

The Honorable Anne M. Nardacci, U.S.D.J.
U.S. District Court for the Northern District of New York
445 Broadway
Albany, New York 12207

    Re:    *Bull v. Murphy, et al.*,
             Case No. 1:23-cv-1566 (AMN/DJS) (N.D.N.Y.)

Dear Judge Nardacci:

       The Parties write jointly regarding the Motion for Preliminary Approval of the proposed Settlement filed on April 30, 2025. ECF No. 22. That motion is unopposed and has been pending for almost six (6) months.

       The Parties continue to stand ready to address any questions from the Court regarding the proposed Settlement materials (located at ECF Nos. 57 and 59), including the preliminary approval materials, notice to the settlement class, and other matters.

Respectfully submitted,

| **GAINEY McKENNA & EGLESTON** | **O'MELVENY & MYERS LLP** |
|---|---|
| */s/ Thomas J. McKenna* | */s/ William J. Sushon* |
| Thomas J. McKenna | William J. Sushon |
| *Counsel for Plaintiff* | *Counsel for Defendants and Nominal Defendant* |

Cc:    All counsel of record (via ECF)