**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN BULL, Derivatively and on Behalf of ARROW FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. MURPHY, PENKO K. IVANOV, EDWARD J. CAMPANELLA, WILLIAM L. OWENS, MARK L. BEHAN, TENEE R. CASACCIO, GREGORY J. CHAMPION, GARY C. DAKE, DAVID G. KRUCZLNICKI, ELIZABETH A. MILLER, RAYMOND F. O'CONOR, and COLIN L. READ,<br><br>Defendants,<br><br>and,<br><br>ARROW FINANCIAL CORPORATION<br><br>Nominal Defendant. | Case No: 1:23-cv-1566 (AMN/DJS) |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, FEE AND EXPENSE AMOUNT, AND SERVICE AWARD**

Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, plaintiff Stephen Bull ("Plaintiff") on behalf of Arrow Financial Corp. ("Arrow" or the "Company"), respectfully moves this Court for final approval of the Settlement, Fee and Expense Amount, and Service Award, as contemplated by the Stipulation and Agreement of Settlement. ECF No. 22-3 (the "Stipulation" or "Stip.").[1] Plaintiff has contemporaneously filed a Memorandum of Law in addition to the Declaration of Thomas J. McKenna with exhibits in support of this Motion.

Plaintiff respectfully requests that the Court enter the Parties' agreed-upon form of the [Proposed] Order and Final Judgment, attached as Exhibit D to the Stipulation and submitted

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation.

herewith for the Court's convenience, which: (i) grants final approval of the proposed Settlement; (ii) approves the agreed-upon Fee and Expense Amount; and (iii) approves the Service Award to Plaintiff.

Dated: December 8, 2025

**GAINEY McKENNA & EGLESTON**

By: */s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
Christopher M. Brain
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com
Email: cbrain@gme-law.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served upon opposing counsel, via the Court's CM/ECF e-mail notification system, on December 8, 2025.

*/s/ Thomas J. McKenna*
Thomas J. McKenna